| Date | PA ED # | Transfer # | Name of Plaintiff | Transfer Dist./Div. |
|---|---|---|---|---|
| 4/25/2007 | 63996 | 06-00673 | Harwood, Lillian | DELAWARE - 1 |