UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. IV) : | Civil Action No. MDL 875 |

This Document Relates To:   The Claims of James Daniel Collins ("Plaintiff") in the action below.

U.S. District Court, District of Delaware

| | | |
|---|---|---|
| James Daniel Collins, et al., | § § | |
| Plaintiff(s), | § § | CIVIL ACTION |
| VS. | § § | FILE NO. 1:07-CV-00149 |
| METROPOLITAN LIFE INSURANCE COMPANY, et al., | § § § | 91mc126 |
| Defendant(s). | | |

**MOTION AND ORDER TO DISMISS CLAIMS AGAINST DEFENDANTS AGAINST WHICH PLAINTIFF'S CLAIMS ARE RESOLVED**

Plaintiff hereby submits to the Court, in accordance with this Court's Administrative Order No. 12 Paragraph 3(a), that Plaintiff has achieved resolution of his/her claim with the following Defendants:

3M Company
A.W. Chesterton Company
Ametek, Inc.
Bondex International, Inc.
Borgwarner Morse Tec Inc.
Borgwarner, Inc.
CertainTeed Corporation
Champlain Cable Corporation
Crown Cork & Seal Company, Inc.
DaimlerChrysler Company, L.L.C.
Durabla Manufacturing Co.
Ford Motor Company
Foster Wheeler Energy Corporation
Garlock Sealing Technologies, L.L.C.
Georgia-Pacific, LLC.
Goodyear Tire & Rubber Company, The
Hanson Permanente Cement, Inc.
Hennessy Industries, Inc.
Hercules, Inc.
Ingersoll-Rand Company
Kaiser Cement Corporation
Kaiser Gypsum Company, Inc.
Kelly-Moore Paint Company
Maremont Corporation
Owens-Illinois, Inc.
Philips Electronics North America Corporation
Pneumo Abex, L.L.C.
RPM International, Inc.
RPM, Inc.
T.H. Agriculture & Nutrition, L.L.C.
Union Carbide Corporation

A dismissal has not yet been entered of record regarding the above-named defendants.

Accordingly, Plaintiff moves to dismiss the above-named Defendants with prejudice.

So Ordered

*/s/ James T. Giles, J.*
James T. Giles
6/4/08